# GERALD J. DI CHIARA
ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

**LAURA DI CHIARA, ESQ.**

30 East 33rd Street, 4th Fl
New York, New York 10016

(212) 679-1958
FAX NO. (646) 307-6984

Honorable Judge Edward R. Korman
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re:    U.S. v. Jason Reyes
                                 19 Cr. 002(KBF)

Dear Judge Korman,

     As Court appointed counsel to Jason Reyes in this matter, I hereby request that the Court authorize the appointment of Laura Di Chiara, as associate counsel pursuant to the Criminal Justice Act.

     Laura Di Chiara, is an associate attorney who assists in the defense of my clients, including those that are Court appointed.

                                                       Respectfully,

                                                       Gerald J. Di Chiara

So Ordered: _____
                 Judge Edward R. Korman