# CRIMINAL CAUSE FOR PLEADING

BEFORE: <u>MAGISTRATE JUDGE LEVY Courtroom 11B South</u>   DATE: <u>3/9/20</u>

<u>   19   CR   2         </u>   <u>United States v. Martinez</u>

DEFENDANT: <u>Jason Reyes      </u>
   <u>X</u> present ___not present   <u>X</u> cust.   __bond

DEFENSE COUNSEL: <u>   Gerald DiChiara   </u>
   <u>X</u> present ___not present   <u>X</u> CJA __RET __FD

AUSA: <u>Jennifer Sasso</u>   CLERK: <u>Alicia Ferrara</u>

INTERPRETER:<u> N/A   </u>

RECORDING START AND END TIME: <u>11:43-12:46</u>
<u>X</u>  CASE CALLED   ___ DEFT'S FIRST APPEARANCE
DEFT:  <u>X</u> SWORN    __ARRAIGNED    <u>X</u> INFORMED OF RIGHTS

- ___ WAIVER OF INDICTMENT FILED
- ___ INFORMATION FILED
- ___ DEFT ENTER GUILTY PLEA TO THE INFORMATION
- <u>X</u> DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO a lesser-included offense of COUNT <u>1</u> OF THE INDICTMENT (21 U.S.C. § 846)
- <u>X</u> COURT FINDS FACTUAL BASIS FOR THE PLEA
- <u>X</u> SENTENCING SET FOR <u>5/13/20</u> AT <u>2:30 PM</u> BEFORE J. <u>Korman</u>
- ___ SENTENCING TO BE SET BY PROBATION
- ___ BOND:__SET  ___CONT'D FOR DEFT.  __CONT'D IN CUSTODY
- ___ CASE ADJOURNED TO_____AT
- <u>X</u> TRANSCRIPT ORDERED: [11:43-12:46]

OTHER: <u>Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.</u>